# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0842
_____

EAGLE TRACE TOWNHOMES
CONDOMINIUM ASSOCIATION,
INC.,

    Appellant,

    v.

TRACE HOLDINGS OF
GAINESVILLE, LLC, TRACE
HOLDINGS 2, LLC, and TRACE
HOLDINGS 3, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

June 10, 2024


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

* * *

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

* * *

Philip M. Burlington and Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for Appellant.

Jeremy Dicker and Daniel Weber of Sachs Sax Caplan, Boca Raton, for Appellees.